IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-60865
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ROBERT INGRAM,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 4:99-CR-56-ALL
--------------------
August 22, 2000

Before KING, Chief Judge, and POLITZ and WIENER, Circuit Judges.

PER CURIAM:[*]

    Robert Ingram appeals his sentence for possession with intent to distribute crack cocaine. He argues that his criminal history category was improperly calculated because the presentence investigation report did not show that he was represented by counsel on several misdemeanor convictions. Because Ingram did not raise this issue in the district court, review is for plain error. See United States v. Krout, 66 F.3d 1420, 1434 (5th Cir. 1995); United States v. Calverley, 37 F.3d 160, 162-64 (5th Cir. 1994)(en banc).

---

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No invalidity of any prior conviction is clear or obvious. See, e.g., United States v. Follin, 979 F.2d 369, 376 n.7 (5th Cir. 1992). Accordingly, the district court did not commit plain error in adopting the criminal history category as set forth in the presentence investigation report. The judgment of the district court is AFFIRMED.